UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA, | Case No. 3:23-cv-00130-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Petitioner Jose Rodriguez-Quezada asks the Court for an extension of time to file his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 12.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for extension of time to file an amended petition (ECF No. 12) is granted. The deadline to file the amended petition is extended to October 30, 2023.

DATED THIS 24th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE