UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA, | Case No. 3:23-cv-00130-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to respond to Jose Rodriguez-Quezada's first amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 21.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' second motion for extension of time to file a response to the petition (ECF No. 21) is granted *nunc pro tunc*. The deadline to file the response is extended to March 13, 2024.

DATED THIS 15th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE