UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA,<br><br>Petitioner,<br><br>v.<br><br>KYLE OLSEN, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00130-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to respond to Jose Rodriguez-Quezada's first amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 27.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' third unopposed motion for extension of time to file a response to the petition (ECF No. 27) is granted *nunc pro tunc*. The deadline to file the response is extended to April 12, 2024.

DATED THIS 14th Day of March 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE