UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA, | Case No. 3:23-cv-00130-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file an answer to Jose Rodriguez-Quezada's first amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 36.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' first and second motions for extension of time to file an answer to the petition (ECF Nos. 35, 36) are both granted *nunc pro tunc*. The deadline is extended to May 20, 2025.

DATED THIS 3rd Day of April 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE