UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA,<br><br>Petitioner,<br><br>v.<br><br>KYLE OLSEN, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00130-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file an answer to Jose Rodriguez-Quezada's first amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 38.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file an answer to the petition (ECF No. 38) is granted *nunc pro tunc*. The deadline is extended to June 3, 2025.

DATED THIS 27th Day of May 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE