UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA, | Case No. 3:23-cv-00130-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Jose Rodriguez-Quezada asks the Court for an extension of time to file a reply in support of his first amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 41.) Counsel for Petitioner explains that she had to prepare for her first evidentiary hearing and must travel for client visits to Nevada state prisons and prepare for the upcoming Nevada Pardons Board. The Court finds the request is made in good faith and not for the purposes of delay, and, therefore, good cause exists to grant the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the petition (ECF No. 41) is granted *nunc pro tunc*. The deadline is extended to October 16, 2025.

DATED THIS 21st Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE