UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA,<br><br>Petitioner,<br><br>v.<br><br>KYLE OLSEN, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00130-MMD-CLB<br><br>ORDER |

    Jose Rodriguez-Quezada asks the Court for an extension of time to file a reply in support of his first amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 43.) The Court finds the request is made in good faith and not for the purposes of delay, and, therefore, good cause exists to grant the extension.

    It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the petition (ECF No. 43) is granted *nunc pro tunc*. The deadline is extended to December 15, 2025.

DATED THIS 17th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE