UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA,<br>                           Petitioner,<br>    v.<br>NETHANJAH BREITENBACH, *et al.*,<br>                          Respondents. | Case No. 3:23-cv-00130-MMD-CLB<br><br>ORDER |

      In this habeas corpus action, Respondents filed their answer to Petitioner Jose Rodriguez-Quezada's amended habeas petition on June 3, 2025. (ECF No. 40.) After an initial period of 45 days, a 90-day extension, and a 60-day extension, Rodriguez-Quezada, who is represented by appointed counsel, was due to file his reply by December 15. (*See* ECF Nos. 33, 42, 44.) On December 15, Rodriguez-Quezada filed a motion for extension of time, requesting a further 30-day extension, to January 14, 2026. (ECF No. 45 ("Motion").) Rodriguez-Quezada's counsel states that the extension of time is necessary because of their obligations in other cases, and they represent that Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant Rodriguez-Quezada's Motion.

      However, in view of the amount of time that Rodriguez-Quezada has had for this filing—a reply to a relatively non-complex 22-page answer to a 27-page amended petition asserting relatively few claims (ECF Nos. 15, 40)—*the Court will not look favorably upon any motion to further extend this deadline*.

It is therefore ordered that the Petitioner's Motion for Extension of Time (ECF No. 45) is granted *nunc pro tunc*. Petitioner will have until and including January 14, 2026, to file a reply to Respondents' answer.

It is further ordered that, under Federal Rule of Civil Procedure 25(d), Nethanjah Breitenbach is substituted for Kyle Olsen as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 16th Day of December 2025.

---

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE