UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-QUEZADA, | Case No. 3:23-cv-00130-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed their answer to Petitioner Jose Rodriguez-Quezada's amended habeas petition on June 3, 2025. (ECF No. 40.) After an initial period of 45 days, a 90-day extension, a 60-day extension, and a 30-day extension, Rodriguez-Quezada, who is represented by appointed counsel, was due to file his reply by January 14. (*See* ECF Nos. 33, 42, 44, 46.) In the order entered December 16 granting the last extension of time, the Court stated with emphasis: "[I]n view of the amount of time that Rodriguez-Quezada has had for this filing—a reply to a relatively non-complex 22-page answer to a 27-page amended petition asserting relatively few claims (ECF Nos. 15, 40)—*the Court will not look favorably upon any motion to further extend this deadline*. (ECF No. 46 at 1.)

On January 14, Rodriguez-Quezada filed a motion for extension of time, requesting another 30-day extension, to February 13. (ECF No. 47 ("Motion").) Rodriguez-Quezada's counsel states that the extension of time is necessary because of their obligations in other cases and time away from work, and they represent that Respondents do not oppose the Motion. The Court will grant the requested extension of time.

Again though: *the Court will not look favorably upon any motion to further extend this deadline*.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 47) is granted *nunc pro tunc*. Petitioner will have until and including February 13, 2026, to file a reply to Respondents' answer.

DATED THIS 15th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE